JULY 22, 1801.

# Wm. Morrow *v.* Joseph McClintock.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Bourbon county.*

A judgment against a sheriff for money collected on an execution can not be sustained where it appears from the record that the money was not received until after the judgment was rendered.

This judgment was rendered against Morrow as sheriff of Bourbon county, on a notice, for money said to be received by him on an execution. But it appearing to the court from the return of the last execution, that the judgment was rendered against Morrow and his securities prior to the time the money was paid the sheriff, therefore, it is considered by the court that the judgment aforesaid be reversed and set aside, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the said court.